[No. 62874-7-I.   Division One.   January 25, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CEDRIC LAMAR
BERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 08-1-00718-5, Charles W. Mertel, J., entered
January 9, 2009. *Affirmed* by unpublished opinion per
Leach, J., concurred in by Grosse and Lau, JJ.

[No. 62904-2-I.   Division One.   January 25, 2010.]

MINNIE THOMAS, *Appellant*, v. THE UNIVERSITY OF WASHINGTON
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 08-2-22546-1, Michael J. Fox, J., entered January 22, 2009. *Affirmed* by unpublished opinion per Leach,
J., concurred in by Grosse and Lau, JJ.

[No. 62919-1-I.   Division One.   January 25, 2010.]

CALISTA PHAIR, *Appellant*, v. MARY ALICE HEUSCHEL,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 08-2-26900-1, Andrea A. Darvas, J., entered
December 30, 2008. *Affirmed* by unpublished opinion per
Ellington, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 62992-1-I.   Division One.   January 25, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. THANH NGOC LY,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 08-1-05435-3, Charles W. Mertel, J., entered
January 20, 2009. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Becker and Lau, JJ.